### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No. 93-cv-01547-LTB

MATTHEW EZEKIAL HARAMIS,

    Plaintiff,

v.

PRESTON MITCHELL,

    Defendant.

_____

**ORDER**
_____

Upon review of this matter and the filings made herein, Plaintiff's Motion for Revival of Judgment (Doc 76 - filed May 6, 2005) is DENIED.

                        BY THE COURT:

                        s/Lewis T. Babcock
                        Lewis T. Babcock, Chief Judge

DATED:   March 13, 2006