**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 93-cv-01547-LTB

MATTHEW EZEKIAL HARAMIS,

    Plaintiff,

v.

PRESTON MITCHELL,

    Defendant.
_____

**ORDER**
_____

Upon Plaintiff's Motion for Ruling (Doc 116) and Defendant's Response in Opposition to Motion to Reconsider or Vacate March 13, 2006 Order (Doc 118), it is

ORDERED that Plaintiff's Motion for Ruling (Doc 116) is GRANTED. Plaintiff's Motion for Reconsideration and to Vacate March 13, 2006 Order Denying Motion for Revival of Judgment (Doc 89) is DENIED.

                                               BY THE COURT:

                                               s/Lewis T. Babcock
                                               Lewis T. Babcock, Judge

DATED: March 11, 2009